**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TOMMIE THOMAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMIE THOMAS,<br><br>Defendant. | Case No.: 1:17-CR-00291 DAD-BAM<br>       1:17-CR-00295-1 DAD-BAM<br>       1:17-CR-00296-1 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: **November 25, 2019**<br>Time: **10:00 a.m.**<br>Courtroom: **5**<br>**Hon. Dale A. Drozd** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, November 25, 2019, at 10:00 a.m. be continued to **Tuesday, February 18, 2020, at 10:00 a.m.** The parties also agree that the Status Conferences regarding Dismissal currently set for November 25, 2019, in related cases *United States v. Tommie Thomas*, 1:17-cr-00291-DAD and *United States v. Tommie Thomas*, et al, 1:17-cr-00295-1-DAD be continued to February 18, 2020, at 10:00 am as well.

    The parties also agree to file any replies and/or sentencing memoranda no later than February 4, 2020.

This request is made by defense counsel who needs additional time to review the Government's lengthy Response to Defendant's Formal Objections (Docket # 177) and discuss it with the Defendant.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 19, 2019 By: */s/ Angela L. Scott*
ANGELA L. SCOTT
Assistant United States Attorney

DATED: November 19, 2019 By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TOMMIE THOMAS

**ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case is continued from Monday, November 25, 2019, at 10:00 a.m. to Tuesday, February 18, 2020, at 10:00 a.m. and the Status Conferences regarding Dismissal currently set for November 25, 2019, in related cases *United States v. Tommie Thomas*, 1:17-cr-00291-DAD and *United States v. Tommie Thomas*, et al, 1:17-cr-00295-1-DAD are continued to February 18, 2020, at 10:00 am as well. Any replies and/or sentencing memorandums are due no later than February 4, 2020.

IT IS SO ORDERED.

Dated: **November 19, 2019**   _____
UNITED STATES DISTRICT JUDGE