**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TOMMIE THOMAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMIE THOMAS,<br><br>Defendant. | Case No.: 1:17-CR-00291 DAD-BAM<br>        1:17-CR-00295-1 DAD-BAM<br>        1:17-CR-00296-1 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: **February 18, 2020**<br>Time: **10:00 a.m.**<br>Courtroom: **5**<br>**Hon. Dale A. Drozd** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Tuesday, February 18, 2020, at 10:00 a.m. be continued to **Monday, April 13, 2020, at 10:00 a.m.** The parties also agree that the Status Conferences regarding Dismissal currently set for February 18, 2020, in related cases *United States v. Tommie Thomas*, 1:17-cr-00291-DAD and *United States v. Tommie Thomas*, et al, 1:17-cr-00295-1-DAD be continued to April 13, 2020, at 10:00 am as well.

The parties also agree to file any replies and/or sentencing memoranda no later than March 30, 2020.

This request is made by defense counsel who needs additional time to review the Government's lengthy Response to Defendant's Formal Objections (Docket # 177) and Government's Supplemental filing (Docket # 210) and discuss it with the Defendant.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 12, 2020 By: */s/ Angela L. Scott*
ANGELA L. SCOTT
Assistant United States Attorney

DATED: February 12, 2020 By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TOMMIE THOMAS

**ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case is continued from Tuesday, February 18, 2020, at 10:00 a.m. to Monday, April 13, 2020, at 10:00 a.m. and the Status Conferences regarding Dismissal currently set for February 18, 2020, in related cases *United States v. Tommie Thomas*, 1:17-cr-00291-DAD and *United States v. Tommie Thomas*, et al, 1:17-cr-00295-1-DAD are continued to April 13, 2020, at 10:00 am as well. Any replies and/or sentencing memoranda are due no later than March 30, 2020.

IT IS SO ORDERED.

Dated: **February 13, 2020**

UNITED STATES DISTRICT JUDGE